August 31, 2015.

To,

Abel Acosta
District Clerk
Texas Court of Criminal Appeals
P . O . Box 12308
Capital Station
Austin, Tx 78711

82,741-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

RE: Court of Criminal Appeals #WR-82,741-01

Dear Clerk,

On February 11, 2015 the Court remanded my case back to the trial Court because the habeas record had been forwarded to the Court prematurely. The Court ordered the trial Court to complete an evidentiary investigation and enter findings of fact and conclusions of law. The issues were ordered to be resolved within 90 days of the order and forwarded to the Court within 120 days of the order.

Over 6 months have passed and the trial Court has not acted on the Court's order of February 11, 2015. I write this letter to ask that this Honorable Court compel the trial Court to forward the record to the Court for their review and consideration. I am innocent of the crime, I am in prison for and need my case to be properly reviewed and addressed.

I filed my "objections to trial Court's Findings of fact and Conclusions of Law and Recommendation" with the trial Court and with this Court on February 11, 2015 and ask this Court to please review the record and see that I am in prison for a crime I did not commit. The evidence I have presented in my habeas application proves my innocence and the trial Court has not addressed (and plainly ignored) the evidence of innocence I presented.

Please move my case forward. Thank you.

Respectfully Yours,

X _____
Paul Umsted, Jr.
TDCJ-ID #1765781
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

cc: file